**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHARLES JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-1237 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| ERIC R. ARMEL, *et.al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Magistrate Judge Kelly's Order denying Plaintiff's Motion to Appoint Counsel dated

January 2, 2018 (see Doc. 15) was neither clearly erroneous nor contrary to law.   See generally

Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-dispositive

rulings).  Accordingly, Plaintiff's Appeal (Doc. 16) is DENIED, and Judge Kelly's ruling is

AFFIRMED.


        IT IS SO ORDERED.

January 16, 2018                                s/Cathy Bissoon                    
                                               Cathy Bissoon
                                               United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

CHARLES JACKSON
KY-5535
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510